KATHERYN MELORA, ET AL. v. PRECISION
HOMES, INC., ETC., ET AL.

June 17, 1986.

Petition for certification denied.

SHARON P. HADDEN, ET AL. v. ELI LILLY AND
COMPANY, ETC., ET AL.

June 17, 1986.

Petition for certification denied.   (See 208 *N.J.Super.* 716)

MARY ELLEN ROSANO AND VINCENT ROSANO, ET UX v. SU-
PERMARKETS GENERAL, T/A RICKEL'S HOME CENTER.

June 17, 1986.

Petition for certification denied.

ANIMATED FAMILY RESTAURANTS OF EAST BRUNSWICK, INC.
v. EAST BRUNSWICK SEWERAGE AUTHORITY.

June 17, 1986.

Petition for certification denied.   (See 209 *N.J.Super.* 532)